NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRIANGLE SOFTWARE LLC,**
*Plaintiff-Appellant,*

v.

**GARMIN INTERNATIONAL, INC. AND GARMIN USA, INC.,**
*Defendants-Appellees.*

---

2012-1275

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-1457, Senior Judge Claude M. Hilton.

---

**ON MOTION**

---

**ORDER**

Garmin International, Inc. and Garmin USA, Inc. ("Garmin") move unopposed to include an addendum in their response brief. The proposed addendum includes two decisions on appeal that are omitted from the corrected opening brief of Triangle Software LLC: the November 9, 2011 Special Verdict Form from the jury, and the April 2, 2012 decision from the district court.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to include an addendum is granted.

FOR THE COURT


SEP 1 3 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Paul B. Milcetic, Esq.
    Nicholas P. Groombridge, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2012

JAN HORBALY
CLERK